UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL MINUTES*

| | | | |
|---|---|---|---|
| Judge: | William Alsup | Time in Court: | 12 minutes |
| Date: | January 14, 2020 | | |
| Case No. | 19-cr-00533-WHA-1 | | |

**United States of America**     v.     **Jose Guadalupe Quezada-Rodriguez**

☐ Defendant
☒ Present
☐ Not Present
☒ In Custody

U.S. Attorney
Abraham Fine

Defense Counsel
Sophia Whiting

Deputy Clerk: Teddy Van Ness

Reporter: Kathy Sullivan

Interpreter: Conchita Lozano (Spanish)

*PROCEEDINGS*

REASON FOR HEARING:   Change of Plea - HELD

RESULT OF HEARING:   Defendant sworn. Plea agreement executed in open court. The Court accepts guilty plea entered as to Count 1 of Indictment. Matter is referred to Probation for PSR.

CONTINUED TO: **March 31, 2020 at 2:00 pm** for Sentencing.

1